ACCEPTED
05-14-01593-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
7/29/2015 6:13:57 PM
LISA MATZ
CLERK

# FIFTH COURT OF APPEALS

## 05-14-01593-CR

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

7/29/2015 6:13:57 PM

LISA MATZ
Clerk

## *Jeffery Lynn Aday, Appellant*
## *v.*
## *State of Texas, Appellee*

### On Appeal from the County Court No. One
### Grayson County, Texas
### Cause Number 2012-1-0206

# Notice of Attorney on Oral Arguments

**John Hunter Smith**
**707 West Washington**
**PO Box 2228**
**Sherman, Texas 75091-2228**
**P: 903-893-8177**
**F: 903-892-0916**
**E: jsmith@wynnesmithlaw.com**
**SBN: 24028393**

**THE LAW OFFICE OF KRISTIN R. BROWN**
**Kristin R. Brown, Attorney**
**18208 Preston Road, Suite D9375**
**Dallas, Texas 75252**
**P: 214-446-3909**
**F: 214-481-4868**
**E: kbrown@idefenddfw.com**
**SBN: 24081458**

**To the Honorable Justices of the Court of Appeals:**

Please note that Attorney Kristin R. Brown will be arguing this case in front of the panel on behalf of Defendant, Jeffery Lynn Aday.

Respectfully submitted,

/s/ John Hunter Smith
**John Hunter Smith**

John Hunter Smith
707 West Washington
PO Box 2228
Sherman, Texas 75091-2228
P: 903-893-8177
F: 903-892-0916
E: jsmith@wynnesmithlaw.com
SBN: 24028393

THE LAW OFFICE OF KRISTIN R. BROWN, PLLC
Kristin R. Brown
18208 Preston Road, Suite D9375
Dallas, Texas 75252
Phone: 214-446-3909
Fax: 214-481-4868
Email: kbrown@idefenddfw.com

**by Kristin R. Brown**
Texas Bar No. 24081458
Attorney for Appellant

## Certificate of Service

This certifies that on July 29, 2015, a true and correct copy of this document was served on Karla Baugh Hackett of the District Attorney's Office, Grayson County, by email to baughk@grayson.tx.us.

**Kristin R. Brown**

3